Kevin A. Lake, Esquire (VSB# 34286)
VANDEVENTER BLACK LLP
P.O. BOX 1558
Richmond, Virginia 23218-1558
(804) 237-8811
   *Counsel for Sherman B. Lubman, Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | EDWARD G. SLATE, | Chapter 7 |
| | SALLY F. SLATE | Case No.: 08-30297-KRH |
| | Debtor(s). | |

## ORDER APPROVING SETTLEMENTS

This matter came to be heard upon the Trustee's Motion to Approve Settlements (the "Motion"), filed by Sherman B. Lubman ("Trustee"), Trustee for the Bankruptcy Estate of Edward G. Slate and Sally F. Slate (the "Estate"), by counsel, and the Court makes the following determinations and findings:

1. In connection with this bankruptcy case, the Trustee has commenced separate adversary proceedings to avoid and recover transfers by the debtor to the following: Costen Floors, Inc. ("COSTEN FLOORS") and Accent Draperies, Inc. a/k/a Accent Draperys, Inc. ("ACCENT DRAPERIES"). (Each of the foregoing shall be referred to collectively as the "Defendants").

2. Trustee has settled each of the claims he has asserted against the Defendants.

3. The terms of the Trustee's settlement with each of the Defendants generally provide that the Trustee shall:

   a. Accept the amounts set forth in the table below in full and final settlement of his claim or claims against the corresponding defendant;

   b. Dismiss with prejudice each of the adversary proceedings upon an order by

this Court approving the proposed settlement of same becoming final and non-appealable; and

    c. Be authorized to take whatever steps are reasonably necessary or desirable to consummate each of the settlements.

4. The specifics of the Trustee's proposed settlement with each of the Defendants (including the original amount sued for, the alleged grounds for recovery, the proposed settlement amount, and the basis for compromising each claim) are as follows:

| Defendant | Adversary Pro. No. | Amount Sued For | Alleged Grounds for Recovery | Proposed Settlement | Basis for Settlement |
|---|---|---|---|---|---|
| COSTEN FLOORS | 10-03020 | $7,582.61 + value of certain other transfers + interest from date of transfer | Avoidance and recovery pursuant to §§ 547, 548, 549, and 550 | $4,500.00 payable before June 30, 2010. | Discount in recognition of asserted and viable § 550, and other defenses; cost of litigation |
| ACCENT DRAPERIES | 10-03045 | $6,000.00 + value of certain other transfers + interest from date of transfer | Avoidance and recovery pursuant to §§ 547, 548, 549 and 550 | $2,100.00 payable in equal monthly installments beginning May 22, 2010; defendant consents to entry of judgment for $6,000 if it does not strictly comply with payment of compromised amount. | Discount in recognition of asserted and viable § 550, and other defenses; cost of litigation |
| | | | Total of Proposed Settlements | $6,600.00 | |

2

5.  The aforesaid compromises shall hereinafter be collectively referred to as "the Compromises."

6.  It appears to the Court that due and proper notice of the Motion has been given in accordance with Rule 2002 (a) (3) of the Federal Rules of Bankruptcy Procedure, that no objections to the Motion have been filed with the Court, or, if any were filed, same have been overruled, and that each of the Compromises, the terms of which are embodied in the Motion and its exhibits, appears to be fair, just and in the best interest of the Estate. It is therefore

ADJUDGED, ORDERED AND DECREED:

1.  That the Motion be granted and that each of the Compromises by and between the Trustee and each of the Defendants be, and hereby is, approved in accordance with the terms and conditions set forth in the Motion and any of its exhibits.

2.  The Clerk shall transmit a copy of this Order to those on the attached service list.


DATE: _____

_____
Kevin R. Huennekens
United States Bankruptcy Judge


NOTICE OF JUDGMENT OR ORDER
Entered on Docket

_____

_____

I ask for this:

/s/ Kevin A. Lake
Kevin A. Lake, Esquire (VSB# 34286)
VANDEVENTER BLACK LLP
P.O. BOX 1558
Richmond, Virginia 23218

(804) 237-8811
*Counsel for Sherman B. Lubman, Trustee*

**CERTIFICATION OF ENDORSEMENT**

Pursuant to the Local Rules of this Court, I hereby certify that all necessary parties have endorsed this Order.

/s/ Kevin A. Lake
Kevin A. Lake

**MAILING LIST:**

| | |
|---|---|
| Sherman B. Lubman, Trustee<br>P.O. Box 5757<br>Glen Allen, Virginia 23058 | Robert B. Van Arsdale, Assistant U.S. Trustee<br>Office of the U.S. Trustee<br>701 East Broad Street, Suite 4304<br>Richmond, Virginia 23219 |
| K. Matthew Long, Esq.<br>Ayers & Stolte, P.C.<br>Hamilton Professional Building<br>710 N. Hamilton Street<br>Richmond, Virginia 23221 | Derrick E. Rosser, Esquire<br>Derrick E. Rosser, P.C.<br>211-A England Street<br>Ashland, Virginia 23005 |

4816-2015-6167, v. 1